ANCHOR TRADING CORPORATION, Appellant, *v.* JOSEPH T. RYERSON & SON, INC., Respondent.

Argued January 7, 1948; decided March 5, 1948.

*Samuel B. Seidel* and *Isidore Minkin* for appellant.
*Joseph Lewis* and *Benjamin Rosen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.